# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HOWARD BERGMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

2:10-CV-111 JCM (PAL)

# ORDER

Presently before the court is plaintiff Bergman's ex parte motion for extension of time to respond to United States' motion for summary judgment (doc. #16). (Doc. #19).

Federal Rule of Civil Procedure 6(b)(1)(A) provides that the court may extend the deadline for a specified act for good cause upon request of the party. Here, the defendant requests an extension due to the upcoming holiday season.

Good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff's motion for extension of time to respond to United States' motion for summary judgment is hereby GRANTED.

IT IS FURTHER ORDERED that the defendant shall have until Monday, December 20, 2010, to file a response to the motion.

DATED December 1, 2010.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**