# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HOWARD BERGMAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

2:10-CV-111 JCM (PAL)

# ORDER

Presently before the court is plaintiff Howard Bergman's ex parte motion for second and final extension of time to respond to United States' motion for summary judgment. (Doc. #21). In support of this request, plaintiff cites the upcoming holiday and his need to receive and verify discovery documents prior to filing a counter-motion for summary judgment with his opposition .

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time to respond to United States' motion for summary judgment (doc. #21) is GRANTED. Plaintiff shall have until January 20, 2011, to file a response.

DATED December 29, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**