1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

HOWARD BERGMAN,

          Plaintiff,

v.

UNITED STATES OF AMERICA,

          Defendant.

2:10-CV-111 JCM (PAL)

**ORDER**

       Presently before the court is the government's motion for the district judge to reconsider the order (doc. #20) on the plaintiff's ex parte motion for extension of time (doc. #19) to file a response to the government's motion for summary judgment (doc. #16). (Doc. #23). To date, no response has been filed.

       The court is in agreement with the government that the plaintiff did not follow the procedural rules in this district regulating ex parte motions. *See* L.R. 7-5 (laying out the requirements for ex parte motions). However, as the plaintiff has now filed his response to the government's motion for summary judgment (doc. #25), this court will follow its preference in deciding motions on their merits.

       Accordingly,

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion

2  (doc. #23) for the district judge to reconsider its order on the plaintiff's ex parte motion for extension

3  of time is hereby DENIED as moot.

4      DATED January 31, 2011.

5

6                          _____

7                          **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**