# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HOWARD BERGMAN,

        Plaintiff,

vs.

UNITED STATES OF AMERICA,

        Defendant.

Case No. 2:10-cv-00111-JCM-PAL

**ORDER**

(Mot for Relief from Sett Conf - Dkt. #35)

Before the court is Defendant's Motion for Relief from Requirement that Individual with Full Settlement Authority Attend the Settlement Conference (Dkt. #35). Having considered Defendant's motion, and for good cause shown,

**IT IS ORDERED** that Defendant's Motion for Relief from Requirement that Individual with Full Settlement Authority Attend the Settlement Conference (Dkt. #35) is **GRANTED**, and Defendant's representative with full settlement authority shall not be required to be personally present, provided the person is fully prepared to address the merits of the case and available for telephone consultation for the duration of the settlement conference.

Dated this 25th day of January, 2012.

_____
Peggy A. Leen
United States Magistrate Judge