1  JOHN A. DICICCO
   Principal Deputy Assistant Attorney General
2
   VIRGINIA CRONAN LOWE
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Ben Franklin Station
5  Washington, D.C. 20044
   Telephone: (202) 307-6484
6  email: virginiacronan.lowe@usdoj.gov

7  Of Counsel:
   DANIEL BOGDEN
8  United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOWARD BERGMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 2:10 CV 00111-JCM (PAL) |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | STIPULATION FOR DISMISSAL |
| Defendant. ) | |
| ) | |

The plaintiff, Howard Bergman, and the defendant, the United States of America, by and through their undersigned attorneys, hereby stipulate that the complaint in the above-entitled case be

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1401995.1

1  dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or
2  other expenses of this litigation.
3  Dated: February 22, 2012

5  JOHN A. DICICCO                                   THOMAS E. CROWE PROFESSIONAL
   Principal Deputy Assistant Attorney General       LAW CORPORATION

7  /s/ Virginia Cronan Lowe                          / s/ Thomas E. Crowe
   VIRGINIA CRONAN LOWE                              THOMAS E. CROWE
   Trial Attorney, Tax Division                      Nevada Bar No. 3048
8  U.S. Department of Justice                        2830 S. Jones Blvd.
                                                     Suite 3
9  Of Counsel:                                       Las Vegas, NV 89146
   DANIEL BOGDEN                                     Telephone: (702) 794-0373
10 United States Attorney                            Attorney for Plaintiff

IT IS SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

         February 22, 2012
DATED:_____

1401995.1