JOHN A. DICICCO
Principal Deputy Assistant Attorney General

VIRGINIA CRONAN LOWE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6484
email: virginiacronan.lowe@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HOWARD BERGMAN,            )
                           )
        Plaintiff,         )
                           )  Civil No. 2:10 CV 00111-JCM (PAL)
    v.                     )
                           )
UNITED STATES OF AMERICA,  )
                           )  STIPULATION FOR DISMISSAL
        Defendant.         )
                           )
_____)

The plaintiff, Howard Bergman, and the defendant, the United States of America, by and through their undersigned attorneys, hereby stipulate that the complaint in the above-entitled case be

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1401995.1

1 dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated: February 22, 2012

| | |
|---|---|
| JOHN A. DICICCO<br>Principal Deputy Assistant Attorney General | THOMAS E. CROWE PROFESSIONAL<br>LAW CORPORATION |
| /s/ Virginia Cronan Lowe<br>VIRGINIA CRONAN LOWE<br>Trial Attorney, Tax Division<br>U.S. Department of Justice | / s/ Thomas E. Crowe<br>THOMAS E. CROWE<br>Nevada Bar No. 3048<br>2830 S. Jones Blvd.<br>Suite 3 |
| Of Counsel:<br>DANIEL BOGDEN<br>United States Attorney | Las Vegas, NV 89146<br>Telephone: (702) 794-0373<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: February 22, 2012

1401995.1